# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

United States of America )
v. )
Steven Ray Johnson )
) Case No: 5:96-CR-157-8H
) USM No: 42784-061
Date of Original Judgment: October 13, 1998 )
Date of Previous Amended Judgment: ) Robert Bell
(Use Date of Last Amended Judgment if Any) Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     188     months **is reduced to**     151 months on Count 1*

* Count 11 remains unchanged, 60 months consecutive.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated     October 13, 1998
shall remain in effect. **IT IS SO ORDERED.**

Order Date: 1/8/15

Effective Date:  November 1, 2015
(if different from order date)

Malcolm J. Howard, Senior U.S. District Judge
Printed name and title